Alan Harris (SBN 146079)
Abigail Treanor (SBN 228610)
HARRIS & RUBLE
6424 Santa Monica Blvd.
Los Angeles, California 90038
Telephone: 323.962.3777
Facsimile: 323.962.3004
aharris@harrisandruble.com
atreanor@harrisandruble.com

David S. Harris (SBN 215224)
NORTH BAY LAW GROUP
116 E. Blithedale Ave., Suite 2
Mill Valley, California 94941
Telephone: 415.388.8788
Facsimile: 415.388.8770
dsh@northbaylawgroup.com

Attorneys for Plaintiff
ALEXANDER JACOBS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXANDER JACOBS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>INSTITUTE OF READING DEVELOPMENT, INC., a California Corporation, and Doe 1 through and including Doe 10,<br><br>Defendants. | Case No. 3:10-CV-00574-JCS<br><br>**[~~PROPOSED~~] ORDER REGARDING JOINT STIPULATION FOR LEAVE FOR PLAINTIFF TO FILE FIRST AMENDED COMPLAINT**<br><br>Assigned for all purposes to the Honorable Joseph C. Spero, Courtroom A, 15th Floor<br><br>Initial Complaint filed 11/12/09 |

1  Based on the Joint Stipulation for Leave for Plaintiff to File First Amended
2  Complaint ("Joint Stipulation") filed by Plaintiff Alexander Jacobs and Defendant
3  Institute of Reading Development, Inc., through their respective counsel of record, and
4  for good cause shown, Plaintiff may file a First Amended Complaint ("FAC"), which
5  FAC adds a claim for relief under California Labor Code section 2699.  The First
6  Amended Complaint attached as Exhibit 1 to the Joint Stipulation shall be deemed filed
7  as of the day the Court executes this Order.  Defendant shall have twenty (20) days from
8  the date of the Order to respond to the FAC.
9  **IT IS SO ORDERED.**

12  DATED:  May 25, 2010

The Hon. Joseph C. Spero